

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00939-CV

Cathy Cancel **MALAVE**,
Appellant

v.

Alberto **MALAVE**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11207
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Delivered and Filed: January 16, 2019

DISMISSED

Appellant Cathy Malave filed a motion to dismiss this appeal. The motion states the trial court granted her motion for new trial, and her appeal is moot.

Absent a final order, we lack jurisdiction in this appeal. Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 42.3(a), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM